UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| JANEL DRAYTON, | ) |
| Movant, | ) |
| v. | ) Case No. CV405-65 |
| | ) [Underlying CR404-156] |
| UNITED STATES AMERICA, | ) |
| Respondent. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 11 day of July, 2005.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

Janel Drayton )

vs ) CASE NUMBER CV405-65

United States of America )  DIVISION  SAVANNAH

)

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7-11-05 , which is part of the official record of this case.

Date of Mailing: 7-11-05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____
 Deputy Clerk

**Name and Address**

Janel Drayton, FPC Marianna, P.O. Box 7006, Marianna, Fl. 32447
USAttorney

- [ ] Copy placed in Minutes
- [X] Copy given to Judge
- [ ] Copy given to Magistrate